**Opinion issued November 29, 2012**



In The

# Court of Appeals

For The

# First District of Texas

————————————

### NO. 01-12-00138-CV

————————————

## IN THE INTEREST OF N.M., A CHILD

---

### On Appeal from the 246th District Court
### Harris County, Texas
### Trial Court Cause No. 1029336

---

## MEMORANDUM OPINION

Appellants have filed a motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). The motion contains a certificate of service, but does not contain a certificate of conference. *See* TEX. R. APP. P. 10.1(a). Ten days have passed, however, and appellee has not filed a response in opposition. *See* TEX. R. APP. P. 10.1(b) (providing that court may determine motion before response is filed),

10.3(a) (providing, in pertinent part, that court should not hear or determine motion until 10 days after motion was filed, unless motion states that parties have conferred and that no party opposes motion).  No opinion has issued.  *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.